JS 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP HIGHFILL | Case No. CV09-00825 DSF (PJWx) |
| Plaintiff | Honorable Dale S. Fischer |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| CITY OF PASADENA, BERNARD MELEKIAN, MICHAEL LEWIS, GILBERT ORTIZ, JR. and DOES 1 through 10, | DISCOVERY CUTOFF: 03/02/10<br>MOTION CUTOFF: 03/29/10<br>TRIAL DATE: 08/03/10 |
| Defendants. | |

Pursuant to stipulation of the parties, and

**GOOD CAUSE APPEARING THEREFORE**, the above-entitled action is DISMISSED with prejudice.

**IT IS SO ORDERED:**          **HON. DALE S. FISCHER**

**DATE: ____1__/_____4_/____10__**   _____
                                        United States District Judge